UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      v.                             Case No.:  2:21-cr-96-KCD-NPM

GENARO DELEON III,

_____/

## **ORDER**

Defendant Genaro Deleon, III moves for a sentencing reduction under Amendment 821. (Doc. 236.) This relief is available, according to Deleon, because he "is a non-violent offender with zero criminal history points." (*Id.* at 6.)

Amendment 821 "permit[s] a reduction in an incarcerated defendant's prison term if at sentencing the defendant had no criminal history points, if the offense of conviction satisfies the criteria in Section 4C1.1(a), and if a reduction is consistent with 18 U.S.C. § 3553(a)." *United States v. Doe*, No. 8:21-CR-209-WFJ-CPT, 2025 WL 2732721, at *1 (M.D. Fla. Sept. 25, 2025). Deleon fails at the first step. He was assessed one or more criminal history points at sentencing for a prior charge of possession of a controlled substance. He is thus not entitled to relief as a zero-point offender. Nor does he present

any other cognizable argument for such relief. Accordingly, his motion (Doc. 236) is **DENIED**.

    **ORDERED** in Fort Myers, Florida on July 6, 2026.

Kyle C. Dudek
United States District Judge